# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

JUAN GARCIA, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

ALASKA AIR GROUP CREDIT UNION and ALASKA AIR GROUP, INC.,

Defendant.

**Civil Action No. 2:26-CV-1433**

**ORDER TO GRANT DEFENDANT ALASKA AIR GROUP CREDIT UNION'S REQUEST FOR MOTION TO WITHDRAW DOCUMENT [ECF NO. 8] AND [ECF NO. 8-1] AS THESE WERE FILED INADVERTENTLY BY DEFENDANT**

WHEREAS, Defendant ALASKA AIR GROUP CREDIT UNION (hereinafter "Defendant") by and through its counsel of record, the law firm of Wood, Smith, Henning and Berman, LLP hereby withdraws [ECF No. 8] and [ECF 8-1], as they were filed inadvertently.

Defendant respectfully requests that the Court strike or remove [ECF No. 8] and [ECF 8-1], from the public record. After review of Defendant's Request and showing of good cause, IT IS HEREBY ORDERED that [ECF No. 8] and [ECF 8-1], ARE STRICKEN by the Court.

Defendant ALASKA AIR GROUP CREDIT UNION has demonstrated good cause in making the request.

**DATED: July 10, 2026**

**JAMAL N. WHITEHEAD**
**JUDGE OF THE DISTRICT COURT**

44046046.1:12373-0147
ORDER GRANTING DEFENDANT ALASKA AIR GROUP
CREDIT UNION'S MOTION TO WITHDRAW - 1

Wood, Smith, Henning & Berman LLP
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
206.204.6800