**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

JUAN GARCIA, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

ALASKA AIR GROUP CREDIT UNION and ALASKA AIR GROUP, INC.,

Defendant.

**Civil Action No. 2:26-CV-01433-JNW**

**[~~PROPOSED~~] ORDER GRANTING DEFENDANT ALASKA AIR GROUP CREDIT UNION'S REQUEST FOR AN EXTENSION TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

WHEREAS Defendant ALASKA AIR GROUP CREDIT UNION has requested this Court grant an extension for Defendant to file a responsive pleading to Plaintiff JUAN GARCIA's Complaint. After review of Defendant's Request and showing of good cause, IT IS HEREBY ORDERED that:

Defendant ALASKA AIR GROUP CREDIT UNION'S time to file a responsive pleading to Plaintiff JUAN GARCIA's Complaint is extended until August 13, 2026.

Defendant ALASKA AIR GROUP CREDIT UNION has demonstrated good cause in making the request.

**IT IS SO ORDERED.**

**DATED:** July 20, 2026

Jamal N. Whitehead
United States District Judge



Wood, Smith, Henning & Berman LLP
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
206.204.6800