**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JUAN GARCIA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA AIR GROUP CREDIT UNION,<br><br>Defendant. | **Civil Action No. 2:26-CV-1433-JNW**<br><br>**ORDER GRANTING DEFENDANT ALASKA AIR GROUP CREDIT UNION'S MOTION TO STAY CIVIL ACTION PENDING CONSOLIDATION OF MULTIPLE CLASS ACTION PROCEEDINGS** |

WHEREAS Defendant ALASKA AIR GROUP CREDIT UNION filed a Motion to Stay Civil Action Pending Consolidation of Multiple Class Action Complaints on August 6, 2026. After review of Defendant's Motion and showing of good cause, **IT IS HEREBY ORDERED** that:

Defendant's Motion to Stay Civil Action Pending Consolidation of Multiple Class Action Complaints is **GRANTED.**

**IT IS SO ORDERED**

**DATED:** October 9, 2026

**JAMAL N. WHITEHEAD**
**JUDGE OF THE DISTRICT COURT**



Wood, Smith, Henning & Berman LLP
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
206.204.6800

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2026, I electronically filed the **[PROPOSED] ORDER GRANTING DEFENDANT ALASKA AIR GROUP CREDIT UNION'S MOTION TO STAY CIVIL ACTION PENDING CONSOLIDATION OF MULTIPLE CLASS ACTION PROCEEDINGS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Laura Van Note Esq.
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Email: lvn@colevannote.com

Mark J. Hilliard, Esq.
**THE LAW OFFICES OF MARK J. HILLIARD**
1233 Alpine Road
Walnut Creek, California 94596
Telephone: (310) 709-9749
Email: mark.hilliard.esq@gmail.com

***Attorneys for Plaintiff Juan Garcia***

DATED this 6th day of August 2026.

/s/ Teresa Cabanday
Teresa Cabanday-Legal Assistant
tcabanday@wshblaw.com